Dear                                                    April 16, 2026
    Mr. GEORGE WYLESOL;

    My REASON for writing you. Concerning the seven subpoenas that were filed on August 20, 2025, August 21, 2025, and August 22, 2025. I'm trying to find out; why haven't these subpoenas been delivered to their destinations by the courts? As well as the U.S. Marshals.

    These subpoenas are very important. For two very important REASONS. The first REASON. These subpoenas; will prove my innocence. And will also; prove I'm being truthful about everything. I'm Reporting to the united states District Court.

    The second REASON. These subpoenas; will also prove. Corruption by the District attorney's office of commonwealth of Pennsylvania.
    Which will prove. I'm being truthful; about the district attorney's office. withholding Exculpatory evidence. Concerning, phone Recordings on December 26, 2013 and December 27, 2013. Which not only proves my innocence. However, also proves corruption. By the district attorney's office, the public defenders association, and the court of common plea of Pennsylvania.

    Please deliver these seven subpoenas A.S.A.P?
                        Thank you!

    Sincereley
                Craig J. Gardner

Case 2:25-cv-03731-JMG    Document 60    Filed 04/22/26    Page 2 of 3

Smart Communications/PADOC

SCI-Fayette

Name *CRAIG GARDNER*

Number *MG-7759*

PO Box 33028

St Petersburg FL 33733

**Inmate Mail
PA Department of Corrections**

PITTSBURGH PA 150

20 APR 2026 PM 8 L

FIRST CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 15450    $ 000.74⁰
02 7W
0008030505 APR 20 2026

*Eastern District of Pennsylvania*

*United States Courthouse*

*601 Market St. Room 2609*

*Phila. PA. 19106·1797*

**RECEIVED**

APR 22 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

19106-179699